```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

WILLIAM LUX,                          )
                                      )
            Movant,                   )
                                      )
      vs.                             )    No. 4:05CV757-DJS
                                      )
UNITED STATES OF AMERICA,             )
                                      )
            Respondent.               )

### JUDGMENT

Pursuant to the memorandum opinion entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 is denied.

**IT IS FURTHER ORDERED,** pursuant to §2253 and Slack v. McDaniel, 529 U.S. 473, 483-84 (2000), that no certificate of appealability shall issue from this Court.

Dated this ___5th___ day of October, 2005.

                              /s/Donald J. Stohr
                              UNITED STATES DISTRICT JUDGE